UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02242-AYP Date: August 21, 2026

Title Iris Juliana Alvarenga de Vargas v. Markwayne Mullin et al

Present: The Honorable: Anna Y. Park, United States Magistrate Judge

| M. Pogosyan | NOT REPORTED |
|---|---|
| Deputy Clerk | Court Reporter / Recorder |

| Attorneys Present for Petitioner: | Attorneys Present for Respondent: |
|---|---|
| None Present | None Present |

**Proceedings: (IN CHAMBERS) RE: ORDER SETTING OSC WHY SANCTIONS SHOULD NOT BE ISSUED FOR FAILURE TO RESPOND TO COURT ORDERS.**

On August 5, 2026, Petitioner was ordered to submit a statement in Response to Respondents' Status Report by August 18, 2026. (Dkt. No. 17.) As of the date of this Order, Petitioner has failed to file a proper response.

Accordingly, the Court hereby sets an Order to Show Cause ("OSC") why Sanctions should not be issued for failure to respond to this Court's Orders. Petitioner's counsel is to submit a Response within seven (7) days of this Order.

The Order to Show Cause hearing is set for:

Date: September 11, 2026
Time: 1:00 pm PST
Location: Edward R. Roybal Federal Building and United States Courthouse
255 East Temple Street
Courtroom 750, 7th Floor
Los Angeles, CA 90012-3332

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

**CIVIL MINUTES – GENERAL**

Case No. 5:26-cv-02242-AYP Date: August 21, 2026

Title Iris Juliana Alvarenga de Vargas v. Markwayne Mullin et al

IT IS SO ORDERED.

**Initials of Preparer** ______